AO 455(Rev. 5/85) Waiver of Indictment

FILED
FEB 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

JOHN E. GRASBERGER

WAIVER OF INDICTMENT

08CR375-BEN

CASE NUMBER: 07CR_____

I, JOHN E. GRASBERGER, the above named defendant, who is accused of violating Title 18, United States Code, Section 2252(a)(4)(B)– possession of child pornography (Felony), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 14Feb2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before

JUDICIAL OFFICER