PS 8
(8/88)

# United States District Court
for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 24 PM 2:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

U. S. A. vs. Grasberger, John Edward — Docket No. 08CR0375BEN-001

**Petition for Modification of Conditions of Pretrial Release**

Comes now Anthony Ortiz Pretrial Services Officer presenting an official report upon the conduct of defendant Grasberger, John Edward who was placed under pretrial release supervision by the Honorable Anthony J. Battaglia sitting in the court at San Diego, on the fourteenth day of February, 2008, under the following conditions:

restrict travel to United States; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; maintain regular employment activities; submit to PSA Computer Monitoring Program and not acesss any illegal sites (may pay bills, legal research, sell helicopter, banking); No contact with children unless supervised by an adult who has knowledge of charges; not be around areas where children congregate (schools, parks, playgrounds); surrender passport.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. On February 27, 2008, the defendant expressed his interest in attending mental health counseling.
2. On February 27, 2008, the defendant stated he financially sponsors children in connection with the Children's International Organization and has received letters and pictures from his sponsored children.

**PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE TO INCLUDE HE SUBMIT TO PSYCHIATRIC/PSYCHOLOGICAL COUNSELING AS SPECIFIED BY PRETRIAL SERVICES, AND SUCH COUNSELING IS TO BE WITH A COUNSELOR WHO HAS EXPERIENCE IN TREATING INDIVIDUALS CHARGED WITH SEXUAL CRIMES AND THAT HE NOT HAVE DIRECT OR INDIRECT WRITTEN OR VERBAL CONTACT WITH CHILDREN.**

ORDER OF COURT

Considered and ordered this 21 day of March, 2008 and ordered filed and made a part of the records in the above case.

Roger T. Benitez, U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/5/08

Respectfully,

Anthony W. Ortiz, U.S. Pretrial Services Officer
(619) 557-6323

Place San Diego, California

Date March 5, 2008