EUGENE G. IREDALE, ESQ. (SBN: 75292)
LAW OFFICES OF EUGENE G. IREDALE
105 West "F" Street, 4th Floor
San Diego, California 92101-6036
TEL: (619) 233-1525 FAX: (619) 233-3221

Attorney for defendant JOHN EDWARD GRASBERGER

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(Hon. Roger T. Benitez)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>JOHN EDWARD GRASBERGER,<br>Defendant. | CASE NO.: 08-CR-375<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE** |

I, John Edward Grasberger, acknowledge that I have been informed that I will be required to appear for sentencing before the Court on 30 June 2008 at 9:00 a.m.

DATED: April 11, 2008

Respectfully submitted,

JOHN EDWARD GRASBERGER