EUGENE G. IREDALE, ESQ. (SBN: 75292)
LAW OFFICES OF EUGENE G. IREDALE
105 West "F" Street, 4th Floor
San Diego, California 92101-6036
TEL: (619) 233-1525 FAX: (619) 233-3221

Attorney for defendant JOHN EDWARD GRASBERGER

UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Roger T. Benitez)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08-CR-375 |
| Plaintiff | ) | |
| v. | ) | **JOINT MOTION FOR CONTINUANCE OF SENTENCING DATE** |
| JOHN EDWARD GRASBERGER, | ) | |
| Defendant. | ) | |

Defendant John Edward Grasberger, by and through his attorney Eugene Iredale, moves the Court to continue the date for acceptance of plea and sentencing from 27 May 2008 at 9:00 a.m. to 30 June 2008 at 9:00 a.m. This motion is made to allow additional time for preparation of materials for submission to the court at the time of sentencing.

///
///
///
///
///
///
///
///
///

There has been previous continuances in this case, and no additional request for a continuance is anticipated. U.S. Assistant Attorney Alessandra Serano has no objection to this request. Mr. Grasberger's acknowledgment of his next court date will be filed concurrently with this motion.

Respectfully submitted,

DATED: April 15, 2008

**LAW OFFICES OF EUGENE G. IREDALE**

/s/ Eugene Iredale
Eugene Iredale
Attorney for defendant
JOHN EDWARD GRASBERGER

DATED: April 15, 2008

**KAREN P. HEWITT**
United States Attorney

/s/ Alessandra P. Serano
Alessandra P. Serano
Assistant U.S. Attorney