**United States of America v. John Edward Grasberger**
***U.S. District Court, Southern District of California Case No. 08-CR-375***

## DECLARATION AND PROOF OF SERVICE

I, Grace Jun, hereby declare as follows:

I am over the age of 18 years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 105 West "F" Street, Fourth Floor, San Diego, California 92101.

On **April 15, 2008**, I served the following document(s):

**JOINT MOTION FOR CONTINUANCE OF SENTENCING DATE**

[X] (By **ELECTRONIC FILING**) I served each of the above referenced document(s) by E-filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California which will send notification of such filing to the following interested parties:

Alessandra P Serano
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-7084
Fax: (619)557-7381
Email: Alessandra.P.Serano@usdoj.gov; efile.dkt.gc1@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **April 15, 2008** in San Diego, California.

Grace Jun
Paralegal to Eugene Iredale, Esq.
grace.s.jun@gmail.com