<u>**United States of America v. John Edward Grasberger**</u>
***U.S. District Court, Southern District of California Case No. 08-CR-375 (BEN)***

## DECLARATION AND PROOF OF SERVICE

I, Grace Jun, hereby declare as follows:

I am over the age of 18 years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 105 West "F" Street, Fourth Floor, San Diego, California 92101.

On **June 4, 2008**, I served the following document(s):

**DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT AND RESPONSE TO THE GOVERNMENT'S OBJECTION**

[X] **(VIA HAND-DELIVERY)** I served each of the above referenced document(s) via personal hand-delivery to the following interested party at the address listed below:

Lynette M. Williams
United States Probation
Southern District of California
101 West Broadway, Suite 700
San Diego, CA 92101
TEL: (619) 557-7060

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **June 4, 2008** in San Diego, California.

Grace Jun
Paralegal to Eugene Iredale, Esq.
grace.s.jun@gmail.com