EUGENE G. IREDALE, ESQ. (SBN: 75292)
LAW OFFICES OF EUGENE G. IREDALE
105 West "F" Street, 4th Floor
San Diego, California 92101-6036
TEL: (619) 233-1525 FAX: (619) 233-3221

Attorney for defendant JOHN EDWARD GRASBERGER

UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>JOHN EDWARD GRASBERGER,<br>Defendant. | CASE NO.: 08-CR-375<br>**JOINT MOTION FOR ORDER RELEASING REPORT RE: DEFENDANT'S COUNSELING** |

///
///
///
///
///
///
///
///
///
///
///
///
///
///

Defendant John Edward Grasberger wishes the Court to have access to information regarding his participation in counseling in connection with the sentencing in the case set for 17 July 2008. Defendant has been informed that a court order will be required to authorize Pretrial Services to release this information. Counsel for Mr. Grasberger has spoken with AUSA Alessandra Serano, who has authorized counsel to sign her name to the instant motion and who has no objection to it. Defendant requests that the Court approve the attached order so that the information can be provided to the Court and counsel.

Respectfully submitted,

DATED: July 11, 2008

**LAW OFFICES OF EUGENE G. IREDALE**

/s/ Eugene Iredale
Eugene Iredale
Attorney for defendant
JOHN EDWARD GRASBERGER

DATED: July 11, 2008

**KAREN P. HEWITT**
United States Attorney

/s/ Alessandra P. Serano
Alessandra P. Serano
Assistant U.S. Attorney