# EXHIBIT A

# PDS (BIDR Version 7) Scoring Page and Profile Form

by Delroy L. Paulhus, PhD

Client ID: John [illegible] Age: [illegible] Gender: ☒ Male ☐ Female Date: 11/28/2007 (MM/DD/YY)

Name: ____________________

Instructions: Copy the circled number from each row into the white box. Then, sum each column to obtain the Impression Management (IM) and Self-Deceptive Enhancement (SDE) subtotals. The PDS Total is the sum of these subtotals. On the profile, circle the IM, SDE, and PDS Total scores under the appropriate column.

| PROFILE: General Population | | | | PROFILE: Prison Entrants | | | |
|---|---|---|---|---|---|---|---|
| T | IM | SDE | Total | IM | SDE | Total | T |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 70 | 14 | [illegible] | 16 | | | | 70 |
| 69 | | | | 12 | | 14 | 69 |
| 68 | | 7 | 15 | | 7 | | 68 |
| 67 | 13 | | | | | | 67 |
| 66 | | | | 11 | | 13 | 66 |
| 65 | 12 | 6 | 14 | | | | 65 |
| 64 | | | | | 6 | | 64 |
| 63 | | | | 10 | | 12 | 63 |
| 62 | 11 | | 13 | | | | 62 |
| 61 | | 5 | | | | | 61 |
| 60 | 10 | | 12 | 9 | 5 | 11 | 60 |
| 59 | | | | | | | 59 |
| 58 | | | | 8 | | | 58 |
| 57 | 9 | 4 | 11 | | 4 | 10 | 57 |
| 56 | | | | | | | 56 |
| 55 | 8 | | | 7 | | | 55 |
| 54 | | | 10 | | | 9 | 54 |
| 53 | | 3 | | | 3 | | 53 |
| 52 | | | 9 | 6 | | | 52 |
| 51 | | | | | | 8 | 51 |
| 50 | [illegible] | | | | | | 50 |
| 49 | | 2 | 8 | 5 | 2 | 7 | 49 |
| 48 | | | | | | | 48 |
| 47 | 6 | | | | | | 47 |
| 46 | | 1 | 7 | (4) | (1) | 6 | 46 |
| 45 | | | | | | | 45 |
| 44 | 4 | | 6 | 3 | | | 44 |
| 43 | | | | | | (5) | 43 |
| 42 | 3 | 0 | | | 0 | | 42 |
| 41 | | | 5 | 2 | | | 41 |
| 40 | | | | | | 4 | 40 |
| 39 | 2 | | 4 | | | | 39 |
| 38 | | | | 1 | | | 38 |
| 37 | 1 | | | | | 3 | 37 |
| 36 | | | 3 | | | | 36 |
| 35 | | | | 0 | | | 35 |
| 34 | 0 | | | | | 2 | 34 |
| 33 | | | 2 | | | | 33 |
| 32 | | | | | | | 32 |
| 31 | | | 1 | | | 1 | 31 |
| 30 | | | | | | | 30 |
| 29 | | | | | | 0 | 29 |
| 28 | | | 0 | | | | 28 |

| IM | SDE | | | | | | Item |
|---|---|---|---|---|---|---|---|
| | | 0 | 0 | 0 | 0 | 1 | 1 |
| | | 1 | 0 | 0 | 0 | 0 | 2 |
| | | 0 | 0 | 0 | 0 | 1 | 3 |
| | | 1 | 0 | 0 | 0 | 0 | 4 |
| | | 0 | 0 | 0 | 0 | 1 | 5 |
| | | 1 | 0 | 0 | 0 | 0 | 6 |
| | | 0 | 0 | 0 | 0 | 1 | 7 |
| | | 1 | 0 | 0 | 0 | 0 | 8 |
| | | 0 | 0 | 0 | 0 | 1 | 9 |
| | | 1 | 0 | 0 | 0 | 0 | 10 |
| | | 0 | 0 | 0 | 0 | 1 | 11 |
| | | 1 | 0 | 0 | 0 | 0 | 12 |
| | | 0 | 0 | 0 | 0 | 1 | 13 |
| | 1 | 1 | 0 | 0 | 0 | 0 | 14 |
| | | 0 | 0 | 0 | 0 | 1 | 15 |
| | | 1 | 0 | 0 | 0 | 0 | 16 |
| | | 0 | 0 | 0 | 0 | 1 | 17 |
| | | 1 | 0 | 0 | 0 | 0 | 18 |
| | | 0 | 0 | 0 | 0 | 1 | 19 |
| | | 1 | 0 | 0 | 0 | 0 | 20 |
| | | 1 | 1 | 0 | 0 | 0 | 21 |
| | | 0 | 0 | 0 | 1 | 1 | 22 |
| | | 1 | 1 | 0 | 0 | 0 | 23 |
| | | 0 | 0 | 0 | 1 | 1 | 24 |
| 1 | | 1 | 1 | 0 | 0 | 0 | 25 |
| | | 0 | 0 | 0 | 1 | 1 | 26 |
| | | 1 | 1 | 0 | 0 | 0 | 27 |
| | | 0 | 0 | 0 | 1 | 1 | 28 |
| | | 1 | 1 | 0 | 0 | 0 | 29 |
| 1 | | 0 | 0 | 0 | 1 | 1 | 30 |
| | | 1 | 1 | 0 | 0 | 0 | 31 |
| 1 | | 0 | 0 | 0 | 1 | 1 | 32 |
| | | 1 | 1 | 0 | 0 | 0 | 33 |
| | | 0 | 0 | 0 | 1 | 1 | 34 |
| | | 1 | 1 | 0 | 0 | 0 | 35 |
| 1 | | 0 | 0 | 0 | 1 | 1 | 36 |
| | | 1 | 1 | 0 | 0 | 0 | 37 |
| | | 0 | 0 | 0 | 1 | 1 | 38 |
| | | 1 | 1 | 0 | 0 | 0 | 39 |
| | | 0 | 0 | 0 | 1 | 1 | 40 |
| 4 | 1 | → | | | | | |

Impression Management (IM) Subtotal: 4 — Self-Deceptive Enhancement (SDE) Subtotal: 1

PDS Total: 5

MHS Copyright © 1999, Multi-Health Systems Inc. All rights reserved. In the U.S.A., P.O. Box 950, North Tonawanda, NY 14120-0950, (800) 456-3003. In Canada, 3770 Victoria Park Avenue, Toronto, ON M2H 3M6, (800) 268-6011. Fax, 888-540-4484, Email, customer.service@mhs.com. Web Site, http://www.mhs.com

# MILLON CLINICAL MULTIAXIAL INVENTORY - III

## CONFIDENTIAL INFORMATION FOR PROFESSIONAL USE ONLY

Valid Profile

PERSONALITY CODE: - ** - * 6B 4 + 5 7 6A 3 " 1 8A 2A 2B 8B '' // - ** - * //
SYNDROME CODE: - ** B * // - ** - * //
DEMOGRAPHIC CODE: 0983/ON/M/60/W/F/19/--/--/------/--/------/

| CATEGORY | | SCORE RAW | SCORE BR | PROFILE OF BR SCORES (0 – 60 – 75 – 85 – 115) | DIAGNOSTIC SCALES |
|---|---|---|---|---|---|
| MODIFYING INDICES | X | 70 | 44 | | DISCLOSURE |
| | Y | 18 | 84 | | DESIRABILITY |
| | Z | 7 | 56 | | DEBASEMENT |
| CLINICAL PERSONALITY PATTERNS | 1 | 2 | 24 | | SCHIZOID |
| | 2A | 1 | 12 | | AVOIDANT |
| | 2B | 0 | 0 | | DEPRESSIVE |
| | 3 | 4 | 40 | | DEPENDENT |
| | 4 | 20 | 60 | | HISTRIONIC |
| | 5 | 14 | 57 | | NARCISSISTIC |
| | 6A | 6 | 45 | | ANTISOCIAL |
| | 6B | 12 | 65 | | SADISTIC |
| | 7 | 14 | 47 | | COMPULSIVE |
| | 8A | 2 | 15 | | NEGATIVISTIC |
| | 8B | 0 | 0 | | MASOCHISTIC |
| SEVERE PERSONALITY PATHOLOGY | S | 2 | 40 | | SCHIZOTYPAL |
| | C | 2 | 20 | | BORDERLINE |
| | P | 2 | 24 | | PARANOID |
| CLINICAL SYNDROMES | A | 2 | 40 | | ANXIETY |
| | H | 5 | 64 | | SOMATOFORM |
| | N | 6 | 62 | | BIPOLAR: MANIC |
| | D | 0 | 0 | | DYSTHYMIA |
| | B | 7 | 75 | | ALCOHOL DEPENDENCE |
| | T | 3 | 45 | | DRUG DEPENDENCE |
| | R | 0 | 0 | | POST-TRAUMATIC STRESS |
| SEVERE CLINICAL SYNDROMES | SS | 1 | 15 | | THOUGHT DISORDER |
| | CC | 8 | 67 | | MAJOR DEPRESSION |
| | PP | 0 | 0 | | DELUSIONAL DISORDER |

## PSYCHOSEXUAL SCALES

| SCALES | -1/+1 | +2 | +3 (Z SCORES) | +4 | +5 |
|---|---|---|---|---|---|
| SOCIAL SEXUAL INADEQUACIES (SSI) SCALE 3 /14 | ATTRIBUTE NOT INDICATED 0 - 4 | [redacted] | | | |
| EMOTIONAL NEEDINESS (EN) SCALE 4 /21 | ATTRIBUTE NOT INDICATED 0 - 5 | [redacted] | | | |
| COGNITIVE DISTORTION IMMATURITY (CDI) SCALE 1 /16 | ATTRIBUTE NOT INDICATED 0 - 2 | [redacted] | | | |

## PERSONALITY TRAIT INDICATORS

[redacted]

## BEHAVIORAL SCALES and INDICES

| CONDUCT DISORDER INDEX - Pre-Adult Behavior | | SOCIOPATHY INDEX - Adult Behavior | |
|---|---|---|---|
| Disturbed Conduct | 0 / 6 | Irresponsible Lifestyle | 2 / 6 |
| Aggression | 0 / 5 | Aggressive Behavior | 1 / 4 |
| Stealing Behavior | 2 / 4 | Stealing Behavior | 0 / 4 |
| School Conduct | 0 / 4 | Financial Irresponsibility | 0 / 4 |
| Parental Disobedience | 0 / 3 | Arrests | 1 / 4 |
| Detention | 0 / 3 | Detention | 2 / 3 |
| CD TOTAL 2 /25 (0) | | Sp TOTAL 6 /25 (0) | |

BEHAVIOR DISORDER T-SCORES and DESCRIPTORS

| DESCRIPTION / T Score Equivalence | Low 25 30 35 | Moderate 40 45 | Average 50 55 | High 60 65 | Marked 70 75 |
|---|---|---|---|---|---|
| ANTISOCIAL BEHAVIOR (AB) SCALE {CD + Sp} 8 /50 | less than T25 [illegible] | | | | |
| FAMILY VIOLENCE (FV) INDEX 1 / 6 | [redacted] | Hit Mate | [redacted] | | |
| SUBSTANCE ABUSE (SA) INDEX 2 /10 | DRUG: friends use drugs [redacted] | several uses | ALCOHOL: [redacted] | | SUBSTANCE [redacted] |

## ACCOUNTABILITY SCALES

**DENIAL (Dn) SCALE** 3 /25 (0)

*Persons who score 3 or more are acknowledging that some level of sexual impropriety may have occurred - items reflect excuses for behavior or feelings of being victimized (On average offenders endorse 8 Dn items)*

not wrong | no one hurt | no plan | imperfect | accident | {241 364 405} just happened | stressed | mixed up | depressed | family upbringing | family problems

regret | slipped | mistake | { } feels victimized | { } allegations exaggerated | victim sexual | victim wanted sex | victim solicited sex

**JUSTIFICATIONS (Ju) SCALE** 1 /24 (0)

*A score of 3 or more identifies a person who places responsibility for his behaviors onto others or on circumstances beyond his control (On average offenders endorse 4 Ju items)*

not wrong | no sex ed | physical problems | stressed life | drug / alcohol | 502 because of porn | was molested | badly treated | unsatisfied curiosity | family problems | mate's fault | sex deprived

victim's hygiene | victim needy | victim curious | victim's develop | teach sex | victim acted older | victim ask for it | victim visits | victim wanted it | victim "loose" | victim led me on | victim liked sex

**SCHEMING (Sc) SCALE** 0 / 8

*Scores of 6 or more indicate recognition that the sexual behavior involved planning and scheming*

**SUPEROPTIMISM (Su) SCALE** 3 / 8

*Scores of 6 or more indicate recognition of pleasure and excitement derived from planning and acting out the sexual behavior*

CA-Clipson CASE: JEG TEST DATE: November 08, 2007 SCORE DATE: November 13, 2007

( ) Omissions

< > Score Suppressed by omissions

# MSI II

[ ADULT MALE FORM ]

*MULTIPHASIC SEX INVENTORY II PROFILE*

( Booklet )

( English Version )

## INFORMATION and REFERRAL ISSUES

| | | |
|---|---|---|
| ACCUSATIONS | [redacted] Sexual Misconduct, Porn Offense [redacted] Sexual Harass, Attempted Rape [redacted] | |
| ADMISSIONS | [redacted] | |
| *Admits Committing Sex Offense* | [redacted] | |
| SUICIDE (S) INDEX 0 /11 | [redacted] | |
| SEX KNOWLEDGE AND BELIEFS (SKB) SCALE 21 /24 (0) | *A score of 17 or less indicates a need for more accurate information about sexual anatomy and physiology. Higher scores tend to be a crude measure of general ability.* | |
| SEXUAL ETHICS (SE) INDICES | Believes it Unethical to Engage in: Child Sex 2 / 2 Forced Sex 2 / 2 | |

## RELIABILITY and VALIDITY INDICES and SCALES

TOTAL OMITS 0 / 560 - ALLOWABLE OMITS ( Dn, Ju, Sc & Su 0 / 64 + SKB 0 / 24 + O 0 / 12 ) = NET OMITS (NO) 0

SHIFT 3 = ( First Half F% 79 - Last Half F% 76 ) • CONSECUTIVE ( T 4 F 16 TF 4 O 0 )

INCONSISTENCY (I) Index 2 / 16 • TOTAL F% 77 • INFREQUENCY (If) Index 0 / 8

| INDICES / SCALES | ACCEPTABLE RANGE ----- 1ST σ | 2ND σ | 3RD σ | 4TH σ | ----- DEVIANT RANGE 5TH σ+ |
|---|---|---|---|---|---|
| REPEATED ITEMS (RI) INDEX 0 /15 (0) | RELIABLE RESULTS 0 - 2 | [redacted] | | | |
| PARALLEL ITEMS (PI) INDEX 2 / 16 (0) | RELIABLE RESULTS 0 - 2 | [redacted] | | | |
| SOCIAL SEXUAL DESIRABILITY (SSD) SCALE 29 /30 (0) | VALID RESULTS 30 - 26 | [redacted] | | | |
| SEXUAL OBSESSIONS Past Tense Items 2 / 5) (SO) SCALE 2 /20 (0) | [redacted] | | | | "LOOK GOOD" RESPONSE SET * 2 - 0 |
| DISSIMULATION (D) SCALE 7 /20 (0) | VALID RESULTS 0 - 9 | [redacted] | | | |
| LIE (L) SCALE n/a /14 (-) | [redacted] | | | | |

* For interpretive purposes SO range 2-0 is placed in the fifth column

## EMPIRICALLY DERIVED OFFENDER SCALES

| MALE OFFENDER T Score Standardization | <---- SEX DEVIANCE ATTRIBUTE ----> 25, 30 Low 35, Moderate 40, 45 Average 50, 55 High 60, 65 Marked 70, 75 |
|---|---|
| MOLESTER COMPARISON (MC) SCALE 7 / 35 (0) | ■■■■■■■ |
| RAPIST COMPARISON (RC) SCALE 5 / 40 (0) | less than T25 |

## PSYCHOSEXUAL SCALES

| SCALES | -1/+1 | Z SCORES +2 | +3 | +4 | +5 |
|---|---|---|---|---|---|
| SOCIAL SEXUAL INADEQUACIES (SSI) SCALE 3 /14 | ATTRIBUTE NOT INDICATED 0 - 4 | [redacted] | | | |
| EMOTIONAL NEEDINESS (EN) SCALE 4 /21 | ATTRIBUTE NOT INDICATED 0 - 5 | [redacted] | | | |
| COGNITIVE DISTORTION IMMATURITY (CDI) SCALE 1 /16 | ATTRIBUTE NOT INDICATED 0 - 2 | [redacted] | | | |

## PERSONALITY TRAIT INDICATORS

[redacted]

## BEHAVIORAL SCALES and INDICES

| CONDUCT DISORDER INDEX - Pre-Adult Behavior | | SOCIOPATHY INDEX - Adult Behavior | |
|---|---|---|---|
| Disturbed Conduct | 0 / 6 | Irresponsible Lifestyle | 2 / 6 |
| Aggression | 0 / 5 | Aggressive Behavior | 1 / 4 |
| Stealing Behavior | 2 / 4 | Stealing Behavior | 0 / 4 |
| School Conduct | 0 / 4 | Financial Irresponsibility | 0 / 4 |
| Parental Disobedience | 0 / 3 | Arrests | 1 / 4 |
| Detention | 0 / 3 | Detention | 2 / 3 |
| CD TOTAL | 2 /25 (0) | Sp TOTAL | 6 /25 (0) |

BEHAVIOR DISORDER T-SCORES and DESCRIPTORS

| DESCRIPTION / T Score Equivalence | | Low (25–35) | Moderate (35–45) | Average (45–55) | High (55–65) | Marked (65–75) |
|---|---|---|---|---|---|---|
| ANTISOCIAL BEHAVIOR (AB) SCALE (CD + Sp) | 8 /50 | less than T25 [illegible handwriting] | | | | |
| FAMILY VIOLENCE (FV) INDEX | 1 / 6 | [redacted] | Hit Mate | [redacted] | | |
| SUBSTANCE ABUSE (SA) INDEX | 2 /10 | DRUG: friends use drugs | [redacted] | several uses | ALCOHOL: [redacted] | SUBSTANCE: [redacted] |

## ACCOUNTABILITY SCALES

**DENIAL (Dn) SCALE** 3 /25 (0) — *Persons who score 3 or more are acknowledging that some level of sexual impropriety may have occurred - items reflect excuses for behavior or feelings of being victimized (On average offenders endorse 8 Dn items)*

not wrong · no one hurt · no plan · imperfect · accident · {241 364 405} just happened · stressed · mixed up · depressed · family upbringing · family problems

regret · slipped · mistake · { } feels victimized · { } allegations exaggerated · victim sexual · victim wanted sex · victim solicited sex

**JUSTIFICATIONS (Ju) SCALE** 1 /24 (0) — *A score of 3 or more identifies a person who places responsibility for his behaviors onto others or on circumstances beyond his control (On average offenders endorse 4 Ju items)*

not wrong · no sex ed · physical problems · stressed life · drug / alcohol · 502 because of porn · was molested · badly treated · unsatisfied curiosity · family problems · mate's fault · sex deprived

victim's hygiene · victim needy · victim curious · victim's develop · teach sex · victim acted older · victim ask for it · victim visits · victim wanted it · victim "loose" · victim led me on · victim liked sex

**SCHEMING (Sc) SCALE** 0 / 8 — *Scores of 6 or more indicate recognition that the sexual behavior involved planning and scheming*

**SUPEROPTIMISM (Su) SCALE** 3 / 8 — *Scores of 6 or more indicate recognition of pleasure and excitement derived from planning and acting out the sexual behavior*