**United States of America v. John Edward Grasberger**
***U.S. District Court, Southern District of California Case No. 08-CR-375***

**DECLARATION AND PROOF OF SERVICE**

I, Grace Jun, hereby declare as follows:

I am over the age of 18 years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 105 West "F" Street, Fourth Floor, San Diego, California 92101.

On **July 14, 2008**, I served the following document(s):

**DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

[X] (By **ELECTRONIC FILING**) I served each of the above referenced document(s) by E-filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California which will send notification of such filing to the following interested parties:

Alessandra P Serano
U S Attorneys Office Southern District of
California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-7084
Fax: (619)557-7381
Email: Alessandra.P.Serano@usdoj.gov;
efile.dkt.gc1@usdoj.gov

[ X ] (By **U.S. POSTAL MAIL**) I placed the above referenced document(s) for collection and mailing on this date following ordinary business practices to the interested party at the address listed below:

Lynette M. Williams
United States Probation
Southern District of California
101 West Broadway, Suite 700
San Diego, CA 92101
TEL: (619) 557-7060

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **July 14, 2008** in San Diego, California.

[signature]

Grace Jun