FILED

2008 JUL 22 PM 12:00

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ______ DEPUTY

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(Hon. Roger T. Benitez)**

UNITED STATES OF AMERICA,

Plaintiff

v.

JOHN EDWARD GRASBERGER,

Defendant.

CASE NO.: 08-CR-375

**ORDER RELEASING REPORT REGARDING DEFENDANT'S COUNSELING**

IT IS ORDERED that Pretrial Services is hereby authorized to release to the Court, to defense counsel, and to the government, a report on the status of defendant John Grasberger's counseling sessions with Larry Corrigan, LCSW, including number of sessions attended, promptness, and degree of participation

DATED: July 19, 2008

Hon. Roger T. Benitez
UNITED STATES DISTRICT JUDGE